**EXHIBIT B**

**Infringement of US. Patent No. 11,959,297 By Clam Corporation**
**(Representative 2-Man Accused Product)**

| Claim/Element | Representative Accused Products (2-Man Shelter): Jason Mitchell XT Thermal |
|---|---|
| 1. A shelter system comprising: |  |
| (a) a container; |  |

| Claim/Element | Representative Accused Products (2-Man Shelter): Jason Mitchell XT Thermal |
|---|---|
| (b) a first arch pivotably attached to the container, wherein the first arch is pivotable to extend from the container and rest on a surface; |  |
| (c) a second arch pivotably attached to the container, wherein the second arch is pivotable to extend upwardly from the container; |  |

| Claim/Element | Representative Accused Products (2-Man Shelter): Jason Mitchell XT Thermal |
|---|---|
| (d) a third arch pivotably attached to the container, wherein the third arch is pivotable to extend upwardly from the container between the first arch and the second arch, wherein the third arch comprises a first arm, a second arm, and a transverse portion spanning between the first arm and the second arm, wherein each of the first arm and the second arm is pivotably attached to the container, |  |

| Claim/Element | Representative Accused Products (2-Man Shelter): Jason Mitchell XT Thermal |
|---|---|
| wherein the first arm comprises a first telescoping joint positioned to facilitate extension of the third arch away from the container and retraction of the third arch toward the container, |  |
| wherein the first arm comprises a catch, and wherein the catch is a hole or depression in the first arm; |  |

| Claim/Element | Representative Accused Products (2-Man Shelter): Jason Mitchell XT Thermal |
|---|---|
| (e) a hinge positioned on the third arch; |  |
| (f) a fourth arch pivotably attached to the third arch via the hinge, wherein the fourth arch comprises a second telescoping joint positioned to facilitate extension of the fourth arch away from the third arch and retraction of the fourth arch toward the third arch; and |  |

| Claim/Element | Representative Accused Products (2-Man Shelter): Jason Mitchell XT Thermal |
|---|---|
| (g) a flexible shell positionable over at least the third arch and the fourth arch; wherein: |  |
| the first telescoping joint is positioned along the first arm between the hinge and the container; and |  |

| Claim/Element | Representative Accused Products (2-Man Shelter): Jason Mitchell XT Thermal |
|---|---|
| the hinge comprises:<br><br>a hinge body comprising a passageway through which the first arm passes; |  |

| Claim/Element | Representative Accused Products (2-Man Shelter): Jason Mitchell XT Thermal |
|---|---|
| a detent element carried by the hinge body and projecting into the passageway toward the first arm, wherein the detent element is positionable to engage the catch; and |  |

| Claim/Element | Representative Accused Products (2-Man Shelter): Jason Mitchell XT Thermal |
|---|---|
| a shaft passing through the hinge body and the fourth arch to facilitate pivoting of the fourth arch relative to the third arch. |  |

| Claim/Element | Representative Accused Products (2-Man Shelter): Jason Mitchell XT Thermal |
|---|---|
| 8. A shelter system comprising: |  |
| (a) a container; |  |

| Claim/Element | Representative Accused Products (2-Man Shelter): Jason Mitchell XT Thermal |
|---|---|
| (b) a first arch pivotably attached to the container, wherein the first arch is pivotable to extend from the container and rest on a ground surface; |  |
| (c) a second arch pivotably attached to the container, wherein the second arch is pivotable to extend upwardly from the container; |  |

| Claim/Element | Representative Accused Products (2-Man Shelter): Jason Mitchell XT Thermal |
|---|---|
| (d) a third arch pivotably attached to the container, wherein the third arch is pivotable to extend upwardly from the container between the first arch and the second arch, wherein the third arch comprises a first arm, a second arm, and a transverse portion spanning between the first arm and the second arm, wherein each of the first arm and the second arm is pivotably attached to the container, |  |

| Claim/Element | Representative Accused Products (2-Man Shelter): Jason Mitchell XT Thermal |
|---|---|
| wherein the first arm comprises a first telescoping joint positioned to facilitate extension of the third arch away from the container and retraction of the third arch toward the container, |  first telescoping joint |
| and wherein the first arm comprises a catch, wherein the catch is a hole or a depression in the first arm; |  catch |

| Claim/Element | Representative Accused Products (2-Man Shelter): Jason Mitchell XT Thermal |
|---|---|
| (e) a hinge positioned on the third arch; |  |
| (f) a fourth arch pivotably attached to the third arch via the hinge, wherein the fourth arch comprises a second telescoping joint positioned to facilitate extension of the fourth arch away from the third arch and retraction of the fourth arch toward the third arch; |  |

| Claim/Element | Representative Accused Products (2-Man Shelter): Jason Mitchell XT Thermal |
|---|---|
| (g) a pole positionable to extend between (1) the container and the second arch, (2) the second arch and the third arch, (3) the third arch and the fourth arch, or (4) the fourth arch and the first arch; and |  |

| Claim/Element | Representative Accused Products (2-Man Shelter): Jason Mitchell XT Thermal |
|---|---|
| (h) a flexible shell positionable over at least the third arch and the fourth arch; wherein: |  |
| the first telescoping joint is positioned along the first arm between the hinge and the container; |  |

| Claim/Element | Representative Accused Products (2-Man Shelter): Jason Mitchell XT Thermal |
|---|---|
| the hinge comprises a hinge body; |  |

| Claim/Element | Representative Accused Products (2-Man Shelter): Jason Mitchell XT Thermal |
|---|---|
| the hinge body carries a detent element positionable to project toward the first arm, the hinge body being positionable to engage the detent element in the catch; |  |

| Claim/Element | Representative Accused Products (2-Man Shelter): Jason Mitchell XT Thermal |
|---|---|
| the hinge comprises a shaft that passes through the hinge body to facilitate pivoting of the fourth arch relative to the third arch; and |  |

| Claim/Element | Representative Accused Products (2-Man Shelter): Jason Mitchell XT Thermal |
|---|---|
| when the flexible shell is positioned over the third arch and the fourth arch, a door of the flexible shell is positioned beneath the fourth arch. |  |
| | |
| 16. A portable shelter system comprising: |  |

| Claim/Element | Representative Accused Products (2-Man Shelter): Jason Mitchell XT Thermal |
|---|---|
| a frame structure, the frame structure being configurable between a stowed configuration and a deployed configuration; and |  |
| a base for supporting the frame structure; wherein: |  |

| Claim/Element | Representative Accused Products (2-Man Shelter): Jason Mitchell XT Thermal |
|---|---|
| (a) the frame structure comprises a plurality of first support arches and a second support arch pivotably attached to one of the first support arches via a hinge positioned on one of the first support arches; |  |
| (b) each first support arch is pivotably attached to the base; |  |

| Claim/Element | Representative Accused Products (2-Man Shelter): Jason Mitchell XT Thermal |
|---|---|
| (c) the hinge comprises a hinge body, a passageway in the hinge body, |  |

| Claim/Element | Representative Accused Products (2-Man Shelter): Jason Mitchell XT Thermal |
|---|---|
| a detent element supported by the hinge body and positionable to project into a catch in the one of the first support arches, and |  |

| Claim/Element | Representative Accused Products (2-Man Shelter): Jason Mitchell XT Thermal |
|---|---|
| a pivot shaft passing through the hinge body, wherein the one of the first support arches extends through the passageway, and the pivot shaft connects the second support arch to the hinge, wherein the catch comprises a hole or a depression; |  |

| Claim/Element | Representative Accused Products (2-Man Shelter): Jason Mitchell XT Thermal |
|---|---|
| (d) the stowed configuration comprises the hinge being positioned at a first distance from a pivot point corresponding to the one of the first support arches, and the deployed configuration comprises the hinge being positioned at a second distance from the pivot point corresponding to the one of the first support arches, wherein the second distance is greater than the first distance; and |  |

| Claim/Element | Representative Accused Products (2-Man Shelter): Jason Mitchell XT Thermal |
|---|---|
| (e) the one of the first support arches comprises a telescoping joint positioned between the hinge and the base when the portable shelter is in the deployed configuration. |  |

168199022.1