<u>**EXHIBIT C**</u>

**Infringement of US. Patent No. 11,959,297 By Clam Corporation**
**(Representative 1-Man Accused Product)**

| Claim/Element | Representative Accused Product (1-Man Shelter): Legend XT Thermal |
|---|---|
| **CLAIM 1** ||
| 1. A shelter system comprising: |  |

| Claim/Element | Representative Accused Product (1-Man Shelter): Legend XT Thermal |
|---|---|
| (a) a container; |  |
| (b) a first arch pivotably attached to the container, wherein the first arch is pivotable to extend from the container and rest on a surface; | https://clamoutdoors.com/media/contentmanager/content/2023-2024_Legend_XT_Thermal.pdf |

| Claim/Element | Representative Accused Product (1-Man Shelter): Legend XT Thermal |
|---|---|
| (c) a second arch pivotably attached to the container, wherein the second arch is pivotable to extend upwardly from the container; |   **second arch**  101148  **THE FRONT HOOP POLE SHOULD TOUCH THE FLOOR WHEN THE TENT IS SET CORRECTLY WITH SOME SLACK IN THE FRONT PART OF THE TENT**  https://clamoutdoors.com/media/contentmanager/content/2023-2024_Legend_XT_Thermal.pdf |

| Claim/Element | Representative Accused Product (1-Man Shelter): Legend XT Thermal |
|---|---|
| (d) a third arch pivotably attached to the container, wherein the third arch is pivotable to extend upwardly from the container between the first arch and the second arch, wherein the third arch comprises a first arm, a second arm, and a transverse portion spanning between the first arm and the second arm, wherein each of the first arm and the second arm is pivotably attached to the container, |  |

wherein the first arm comprises a first telescoping joint positioned to facilitate extension of the third arch away from the container and retraction of the third arch toward the container,



https://clamoutdoors.com/media/contentmanager/content/2023-2024_Legend_XT_Thermal.pdf



https://www.youtube.com/watch?v=aVokilsDrng

| Claim/Element | Representative Accused Product (1-Man Shelter): Legend XT Thermal |
|---|---|
| | *See also id:*<br><br><br><br> |

| Claim/Element | Representative Accused Product (1-Man Shelter): Legend XT Thermal |
|---|---|
| wherein the first arm comprises a catch, and wherein the catch is a hole or depression in the first arm; | <br><br>catch<br><br>106804<br><br>https://clamoutdoors.com/media/contentmanager/content/2023-2024_Legend_XT_Thermal.pdf |

| | |
|---|---|
| | <br>https://clamoutdoors.com/media/contentmanager/content/2023-2024_Legend_XT_Thermal.pdf |
| (e) a hinge positioned on the third arch; | <br>https://www.youtube.com/watch?v=aVokilsDrng |

(f) a fourth arch pivotably attached to the third arch via the hinge, wherein the fourth arch comprises a second telescoping joint positioned to facilitate extension of the fourth arch away from the third arch and retraction of the fourth arch toward the third arch; and

**fourth arch**

101148

THE FRONT HOOP POLE SHOULD TOUCH THE FLOOR WHEN THE TENT IS SET CORRECTLY WITH SOME SLACK IN THE FRONT PART OF THE TENT

*Extension Hoop Pole #106867*

**second telescoping joint**

*Hoop Pole #106868*

**hinge**

https://clamoutdoors.com/media/contentmanager/content/2023-2024_Legend_XT_Thermal.pdf

9

| Claim/Element | Representative Accused Product (1-Man Shelter): Legend XT Thermal |
|---|---|
| |  **second telescoping joint** <br> https://www.youtube.com/watch?v=aVokilsDrng |
| (g) a flexible shell positionable over at least the third arch and the fourth arch; wherein: |  |

| Claim/Element | Representative Accused Product (1-Man Shelter): Legend XT Thermal |
|---|---|
| the first telescoping joint is positioned along the first arm between the hinge and the container; and | <br><br>THE FRONT HOOP POLE SHOULD TOUCH THE FLOOR WHEN THE TENT IS SET CORRECTLY WITH SOME SLACK IN THE FRONT PART OF THE TENT<br><br>https://clamoutdoors.com/media/contentmanager/content/2023-2024_Legend_XT_Thermal.pdf |

| Claim/Element | Representative Accused Product (1-Man Shelter): Legend XT Thermal |
|---|---|
| the hinge comprises:<br><br>a hinge body comprising a passageway through which the first arm passes; | <br><br>https://clamoutdoors.com/media/contentmanager/content/2023-2024_Legend_XT_Thermal.pdf |

| Claim/Element | Representative Accused Product (1-Man Shelter): Legend XT Thermal |
|---|---|
| a detent element carried by the hinge body and projecting into the passageway toward the first arm, wherein the detent element is positionable to engage the catch; and | <br><br>detente element<br><br>106804<br><br>https://clamoutdoors.com/media/contentmanager/content/2023-2024_Legend_XT_Thermal.pdf |

| Claim/Element | Representative Accused Product (1-Man Shelter): Legend XT Thermal |
|---|---|
| a shaft passing through the hinge body and the fourth arch to facilitate pivoting of the fourth arch relative to the third arch. | **D.** Attach Extension Support Poles #106866 with the notch of the pole facing inward. Use hardware provided with the Extension Clamps to secure. ***NOTE: Do not overtighten as this pole needs to move freely.***<br><br><br><br>https://clamoutdoors.com/media/contentmanager/content/2023-2024_Legend_XT_Thermal.pdf |

| Claim/Element | Representative Accused Product (1-Man Shelter): Legend XT Thermal |
|---|---|
| | **CLAIM 8** |
| 8. A shelter system comprising: |  |
| (a) a container; | |

| Claim/Element | Representative Accused Product (1-Man Shelter): Legend XT Thermal |
|---|---|
| (b) a first arch pivotably attached to the container, wherein the first arch is pivotable to extend from the container and rest on a ground surface; |  THE FRONT HOOP POLE SHOULD TOUCH THE FLOOR WHEN THE TENT IS SET CORRECTLY WITH SOME SLACK IN THE FRONT PART OF THE TENT<br><br>first arch<br><br>https://clamoutdoors.com/media/contentmanager/content/2023-2024_Legend_XT_Thermal.pdf |

| Claim/Element | Representative Accused Product (1-Man Shelter): Legend XT Thermal |
|---|---|
| (c) a second arch pivotably attached to the container, wherein the second arch is pivotable to extend upwardly from the container; |  |

| Claim/Element | Representative Accused Product (1-Man Shelter): Legend XT Thermal |
|---|---|
| (d) a third arch pivotably attached to the container, wherein the third arch is pivotable to extend upwardly from the container between the first arch and the second arch, wherein the third arch comprises a first arm, a second arm, and a transverse portion spanning between the first arm and the second arm, wherein each of the first arm and the second arm is pivotably attached to the container, | <br>https://clamoutdoors.com/media/contentmanager/content/2023-2024_Legend_XT_Thermal.pdf |

| | |
|---|---|
| wherein the first arm comprises a first telescoping joint positioned to facilitate extension of the third arch away from the container and retraction of the third arch toward the container, |  |



https://www.youtube.com/watch?v=aVokilsDrng

*See also id:*



| Claim/Element | Representative Accused Product (1-Man Shelter): Legend XT Thermal |
|---|---|
| |  |

| Claim/Element | Representative Accused Product (1-Man Shelter): Legend XT Thermal |
|---|---|
| and wherein the first arm comprises a catch, wherein the catch is a hole or a depression in the first arm; | <br><br>catch<br><br>106804<br><br>https://clamoutdoors.com/media/contentmanager/content/2023-2024_Legend_XT_Thermal.pdf |

| | |
|---|---|
| |  https://clamoutdoors.com/media/contentmanager/content/2023-2024_Legend_XT_Thermal.pdf |
| (e) a hinge positioned on the third arch; |  https://www.youtube.com/watch?v=aVokiIsDrng |

| Claim/Element | Representative Accused Product (1-Man Shelter): Legend XT Thermal |
|---|---|
| (f) a fourth arch pivotably attached to the third arch via the hinge, wherein the fourth arch comprises a second telescoping joint positioned to facilitate extension of the fourth arch away from the third arch and retraction of the fourth arch toward the third arch; |  |

(g) a pole positionable to extend between (1) the container and the second arch, (2) the second arch and the third arch, (3) the third arch and the fourth arch, or (4) the fourth arch and the first arch; and



Slide Hoop Pole through sleeve in front of tent

**pole**

he aps.

the

Connect Hoop to Support Pole

Extension Hoop Pole

**pole**

https://clamoutdoors.com/media/contentmanager/content/2023-2024_Legend_XT_Thermal.pdf

To the extent that the shelter is not sold with a pole positionable to extend between (1) the container and the second arch, (2) the second arch and the third arch, (3) the third arch and the fourth arch, or (4) the fourth arch and the first arch, Clam offers for sale spreader poles and instructs users to use such poles in conjunction with the Accused Products in a manner that infringes this claim.  *See, e.g.*:





https://clamoutdoors.com/spreader-pole-kit

https://clamoutdoors.com/rear-spreader-pole.

| Claim/Element | Representative Accused Product (1-Man Shelter): Legend XT Thermal |
|---|---|
|  | *See also:*  [https://clamoutdoors.com/ice-shelters/fish-traps/legend-xt-thermal](https://clamoutdoors.com/ice-shelters/fish-traps/legend-xt-thermal) (showing rear pole on the Legend CT Thermal ICE TEAM model). |

| Claim/Element | Representative Accused Product (1-Man Shelter): Legend XT Thermal |
|---|---|
| (h) a flexible shell positionable over at least the third arch and the fourth arch; wherein: |  |

| Claim/Element | Representative Accused Product (1-Man Shelter): Legend XT Thermal |
|---|---|
| the first telescoping joint is positioned along the first arm between the hinge and the container; |  |

| Claim/Element | Representative Accused Product (1-Man Shelter): Legend XT Thermal |
|---|---|
| the hinge comprises a hinge body; | <br>https://clamoutdoors.com/media/contentmanager/content/2023-2024_Legend_XT_Thermal.pdf |

| Claim/Element | Representative Accused Product (1-Man Shelter): Legend XT Thermal |
|---|---|
| the hinge body carries a detent element positionable to project toward the first arm, the hinge body being positionable to engage the detent element in the catch; |  https://clamoutdoors.com/media/contentmanager/content/2023-2024_Legend_XT_Thermal.pdf |

| Claim/Element | Representative Accused Product (1-Man Shelter): Legend XT Thermal |
|---|---|
| the hinge comprises a shaft that passes through the hinge body to facilitate pivoting of the fourth arch relative to the third arch; and | **D.** Attach Extension Support Poles #106866 with the notch of the pole facing inward. Use hardware provided with the Extension Clamps to secure. ***NOTE: Do not overtighten as this pole needs to move freely.***<br><br>106803  104816  **shaft**  Extension Support Pole<br><br>https://clamoutdoors.com/media/contentmanager/content/2023-2024_Legend_XT_Thermal.pdf |
| when the flexible shell is positioned over the third arch and the fourth arch, a door of the flexible shell is positioned beneath the fourth arch. | **door**  Connect Hoop to Support Pole |

| Claim/Element | Representative Accused Product (1-Man Shelter): Legend XT Thermal |
|---|---|
| | **CLAIM 16** |
| 16. A portable shelter system comprising: |  |
| a frame structure, the frame structure being configurable between a stowed configuration and a deployed configuration; and | <br><br>*See also* https://www.youtube.com/watch?v=aVokilsDrng |

34

| Claim/Element | Representative Accused Product (1-Man Shelter): Legend XT Thermal |
|---|---|
| a base for supporting the frame structure; wherein: | <br>https://clamoutdoors.com/media/contentmanager/content/2023-2024_Legend_XT_Thermal.pdf |

| Claim/Element | Representative Accused Product (1-Man Shelter): Legend XT Thermal |
|---|---|
| (a) the frame structure comprises a plurality of first support arches and a second support arch pivotably attached to one of the first support arches via a hinge positioned on one of the first support arches; |  |

| Claim/Element | Representative Accused Product (1-Man Shelter): Legend XT Thermal |
|---|---|
| (b) each first support arch is pivotably attached to the base; |  https://clamoutdoors.com/media/contentmanager/content/2023-2024_Legend_XT_Thermal.pdf |

| Claim/Element | Representative Accused Product (1-Man Shelter): Legend XT Thermal |
|---|---|
| (c) the hinge comprises a hinge body, a passageway in the hinge body, |   https://clamoutdoors.com/media/contentmanager/content/2023-2024_Legend_XT_Thermal.pdf |

| Claim/Element | Representative Accused Product (1-Man Shelter): Legend XT Thermal |
|---|---|
| a detent element supported by the hinge body and positionable to project into a catch in the one of the first support arches, and | <br><br>detente element<br><br>106804<br><br>https://clamoutdoors.com/media/contentmanager/content/2023-2024_Legend_XT_Thermal.pdf |

a pivot shaft passing through the hinge body, wherein the one of the first support arches extends through the passageway, and the pivot shaft connects the second support arch to the hinge, wherein the catch comprises a hole or a depression;



**D.** Attach Extension Support Poles #106866 with the notch of the pole facing inward. Use hardware provided with the Extension Clamps to secure. *NOTE: Do not overtighten as this pole needs to move freely.*

https://clamoutdoors.com/media/contentmanager/content/2023-2024_Legend_XT_Thermal.pdf

| Claim/Element | Representative Accused Product (1-Man Shelter): Legend XT Thermal |
|---|---|
| |   https://clamoutdoors.com/media/contentmanager/content/2023-2024_Legend_XT_Thermal.pdf |

(d) the stowed configuration comprises the hinge being positioned at a first distance from a pivot point corresponding to the one of the first support arches, and the deployed configuration comprises the hinge being positioned at a second distance from the pivot point corresponding to the one of the first support arches, wherein the second distance is greater than the first distance; and



| Claim/Element | Representative Accused Product (1-Man Shelter): Legend XT Thermal |
|---|---|
| (e) the one of the first support arches comprises a telescoping joint positioned between the hinge and the base when the portable shelter is in the deployed configuration. |  |

168104210.1